**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6536**

JAMES HENRY SMITH,

                Plaintiff - Appellant,

        v.

BRYAN MCCLURE, Dr.; JANE DOE, Nurse; CATAWBA VALLEY MEDICAL
CENTER,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Robert J. Conrad,
Jr., Chief District Judge.  (5:11-cv-00012-RJC)

Submitted:  August 25, 2011          Decided:  August 30, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Henry Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Henry Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006), and the court's order denying his subsequent Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. McClure, No. 5:11-cv-00012-RJC (W.D.N.C. Feb. 11, 2011 & Mar. 25, 2011). We deny Smith's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED